CSD 1099 [07/01/18]
Name, Address, Telephone No. & I.D. No.
**William P. Fennell (SBN 14210)**
**LAW OFFICE OF WILLIAM P. FENNELL, APLC**
**600 West Broadway, Suite 930**
**San Diego, CA 92101**
**(619) 325-1560**
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Omega Risk Management, LLC**

BANKRUPTCY NO. **21-01389-MM7**

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

- [ ] Schedules A/B - J
- [x] Statement of Financial Affairs
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
- [ ] Chapter 7 Statement of Current Monthly Income
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- [ ] Chapter 7 Means Test Calculation
- [ ] Chapter 11 Statement of Your Current Monthly Income
- [ ] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
- [ ] Chapter 13 Calculation of Your Disposable Income
- [ ] Chapter 13 Plan
- [ ] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt
- [ ] Creditors Holding Secured Claims by Property
- [ ] Creditors Holding Unsecured Priority and/or Non-priority Claims:
- [ ] Schedule of Executory Contracts & Unexpired Leases
- [ ] Schedule of Co-Debtors
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, Notice, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules*. See instructions on reverse side.

Dated: April 15, 2021            Signed: _/s/ William P. Fennell_
                                         Attorney for Debtor

I [We] __Robert Park, Managing Director of__ the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of _____ pages, and on the creditor matrix, if any, is true and correct.

Dated: April 15, 2021            _/s/ Robert Park_
                                 *Debtor                              *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099                                                          **Refer to Instructions on Reverse Side**
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

CSD 1099 (Page 2) [07/01/18]

**INSTRUCTIONS**

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.
2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).
3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

**PROOF OF SERVICE**

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below by the mod of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _April 15, 2021_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Chapter 7 Trustee: **Christopher R. Barclay** admin@crb7trustee.com, qcrbarclay2@ecf.axosfs.com, mlcunanan@crb7trustee.com

| ☑ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail or Overnight Mail:**

On _April 15, 2021_, I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number, addressed as follows:

Northwest Surrogacy Center LLC
c/o Justin D. Leonard, Counsel
Leonard Law Group LLC
4110 SE Hawthorne Blvd PMB 506
Portland, OR 97214

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

| Executed on **April 15, 2021** | /s/Luralene L. Schultz |
|---|---|
| (Date) | **Luralene L. Schultz**<br>**Law Office of William P. Fennell, APLC**<br>**600 West Broadway, Suite 930**<br>**San Diego, CA 92101**<br>Address |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Omega Risk Management, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **21-01389** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue  Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**  From **1/01/2021** to **Filing Date** | ■ Operating a business  ☐ Other _____ | $0.00 |
   | **For prior year:**  From **1/01/2020** to **12/31/2020** | ■ Operating a business  ☐ Other _____ | $91,732.50 |
   | **For year before that:**  From **1/01/2019** to **12/31/2019** | ■ Operating a business  ☐ Other _____ | $378,966.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer  Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 1

| Debtor | Omega Risk Management, LLC | Case number (if known) | 21-01389 |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Omega Risk Management, LLC | Case number (if known) | 21-01389 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of William P. Fennell, APLC<br>600 West Broadway, Suite 930<br>San Diego, CA 92101 | Attorney Fees  $12,162.00<br>Filing Fee  $338.00 | 12/24/2020 | $12,500.00 |
|  | Email or website address<br>office@fennelllaw.com |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|  | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 1010 Second Avenue, 24th Floor<br>San Diego, CA 92101 | 10/2017 - late 2017 |

| Debtor | Omega Risk Management, LLC | Case number (if known) | 21-01389 |
|---|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | 110 West A Street, Suite 1100<br>San Diego, CA 92101 | 2017 to 3/31/2021 Corporate Headquarters |
| 14.3. | 16466 Bernardo Center Drive<br>Suite 188<br>San Diego, CA 92128 | 10/2017 - 10/2020 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Endeavor Bank<br>750 B Street, Suite 3110<br>San Diego, CA 92101 | XXXX-1819 | ☐ Checking<br>☐ Savings<br>☒ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/2020 (Account closed by bank due to inactivity) | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Omega Risk Management, LLC | Case number (if known) | 21-01389 |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

| Debtor | Omega Risk Management, LLC | Case number *(if known)* 21-01389 |
|---|---|---|

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | Omega Insurance Company SP<br>c/o KRyS Global<br>PO Box 31237<br>Grand Cayman, KY1-1205<br>Cayman Islands | Insurance Company | EIN: 98-1410099<br><br>From-To 02/16/2018 to present |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Gena Dean<br>Address Unknown | 2019-2020 |
| 26a.2. | Andrea Park<br>3440 Capri Way, Unit 1<br>Oceanside, CA 92056 | 05/2016-09/2019 |
| 26a.3. | Covell, Jani & Pasch LLP<br>345 W 9th Avenue, Suite 100<br>Escondido, CA 92025-5055 | 03/2020 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Robert Park<br>11956 Bernardo Plaza Dr., #414<br>San Diego, CA 92128 | |
| 26c.2. | InfoTech SVP, LLC<br>3451 Via Montebello<br>Suite 192-521<br>Carlsbad, CA 92009-8492 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor **Omega Risk Management, LLC**  Case number *(if known)* **21-01389**

| Name and address |
|---|
| 26d.1. **Venture Co.**<br>**171 Battery Street, 1st Flr.**<br>**Burlington, VT 05401-5210** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | Robert Y. Park | 11956 Bernardo Plaza Dr., #414<br>San Diego, CA 92128 | Founder, Director | 51% |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | Frederick Gaston | 110 West A Street, Suite 1100<br>San Diego, CA 92101-3702 | Founder | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

    | Name | Address | Position and nature of any interest | Period during which position or interest was held |
    |---|---|---|---|
    | Kyle Kramer | Address Unknown | Founder Equity Shareholder 33.33% | 10/16/2017 - 12/31/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

Debtor **Omega Risk Management, LLC** Case number *(if known)* **21-01389**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Robert Park<br>12845 Indian Trail Road<br>Poway, CA 92064-2030 | $153.50 (AAdvantage Aviator Mastercard)<br>$2,000.00 (AAdvantage Aviator Mastercard)<br>$800.00 (AAdvantage Aviator Mastercard)<br>$908.46 (AAdvantage Aviator Mastercard)<br>$800.00 (AAdvantage Aviator Mastercard)<br>$800.00 (AAdvantage Aviator Mastercard)<br>$800.00 (AAdvantage Aviator Mastercard)<br>$908.46 (AAdvantage Aviator Mastercard)<br>$158.00 (Citibank) | 07/17/2020<br>07/18/2020<br>11/23/2020<br>11/27/2020<br>01/17/2021<br>02/17/2021<br>03/17/2021<br>11/27/2020<br>11/10/2020 | Payments made to AAdvantage Aviator Mastercard and Citibank for expenses used in the business, credit cards are in Robert Park's name. |
| | **Relationship to debtor**<br>Manging Director | | | |
| 30.2. | Robor, Inc.<br>12845 Indian Trail Road<br>Poway, CA 92064 | $542.12 | 06/17/2020 | |
| | **Relationship to debtor**<br>Common Ownership | | | |
| 30.3. | Robert Park<br>12845 Indian Trail Road<br>Poway, CA 92064-2030 | $714.73 | 10/22/2020 | |
| | **Relationship to debtor**<br>Managing Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Omega Risk Management, LLC | Case number (if known) | 21-01389 |
|---|---|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 14, 2021**

_____     **Robert Park**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **Managing Director**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes