CSD 1100 [12/01/2020](Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

**William P. Fennell (SBN 164210)**
**LAW OFFICE OF WILLIAM P. FENNELL, APLC**
**600 West Broadway, Suite 930**
**San Diego, CA 92101**
**(619) 325-1560**
**Attorney for Debtor**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Omega Risk Management, LLC**

BANKRUPTCY NO. **21-01389-MM7**

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Exhibit C: Attachment to Voluntary Petition B 1
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information
- [✓] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt for Individuals
- [ ] Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
    - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule of Executory Contracts & Expired Leases
- [ ] Schedule of Co-Debtor
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2
- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Your Current Monthly Income
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- [ ] Chapter 7 Means Test Calculation
- [ ] Chapter 11 Statement of Your Current Monthly Income
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- [ ] Chapter 13 Calculation of Your Disposable Income
- [ ] Other:

Dated: **April 14, 2021**         Signature   **/s/ William P. Fennell**
                                              Attorney for Debtor

CSD 1100 (Page 2 of 3)  [12/01/2020]

# DECLARATION OF DEBTOR

I [We]  **Robert Park, Managing Director of**  the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated:  **April 14, 2021**       _/s/ Robert Y. Park_
                                      *Debtor                                                              *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

# INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee;  DO NOT serve a copy on the United States Trustee.

B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

# PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below by the mode of service shown below:

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  **April 15, 2021**        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑  Chapter 7 Trustee:  **Christopher R. Barclay**   admin@crb7trustee.com, qcrbarclay2@ecf.axosfs.com, mlcunanan@crb7trustee.com

| ☑ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billinslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 1100

`CSD 1100 (Page 3 of 3)` [12/01/2020]

2. **Served by United States Mail:**

On **April 15, 2021**, , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Northwest Surrogacy Center LLC
c/o Justin D. Leonard, Counsel
Leonard Law Group LLC
4110 SE Hawthorne Blvd PMB 506
Portland, OR 97214

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   **April 15, 2021**                     **/s/ Luralene L. Schultz**
                            (Date)                   **Luralene L. Schultz**
                                                     **Law Office of William P. Fennell, APLC**
                                                     **600 West Broadway, Suite 930**
                                                     **San Diego, CA 92101**
                                                     Address

`CSD 1100`

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Omega Risk Management, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 21-01389 |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents
1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

### Part 2: Deposits and Prepayments
6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable
10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments
13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Debtor  **Omega Risk Management, LLC**  Case number *(If known)* **21-01389**
        Name

| | Name of entity: | % of ownership | | | |
|---|---|---|---|---|---|
| 15.1. | **"ADDED"** Omega Risk Management, LLC is the registered holder of 1 Segregated Portfolio Share of Omega Insurance Company SP, a Segregated Portfolio of Performance Insurance Company SPC. This business is currently in liquidation. An amount of $225,000 was transferred pursuant to capital reserve requirement in or about February 2018. | 100 | % | | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                                $0.00
    Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.